# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN FRANCIS,<br>TDCJ No. 2253451<br><br>v.<br><br>JOHN DOE | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:24-CV-0531-S-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 8, 2024.

_____
**UNITED STATES DISTRICT JUDGE**