# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JOHN FRANCIS,<br>TDCJ No. 2253451 | § <br> § <br> § <br> § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-0531-S-BN |
| JOHN DOE | § <br> § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED October 8, 2024.

_____
UNITED STATES DISTRICT JUDGE